**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____ Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Firewater River East, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 35-0511624 |
| 4. | Debtor's address | **Principal place of business**<br><br>403 East Illinois<br>Suite 010<br>Chicago, IL 60611<br>Number, Street, City, State & ZIP Code<br><br>Cook<br>County | **Mailing address, if different from principal place of business**<br><br>6483 N. Northwest Hwy.<br>Chicago, IL 60631<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Firewater River East, LLC**                                    Case number (*if known*)
        Name

7. **Describe debtor's business**   A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ■ No.

    ☐ Yes.

    If more than 2 cases, attach a separate list.

    District _____  When _____  Case number _____

    District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No

    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____

    District _____  When _____  Case number, if known _____

Debtor **Firewater River East, LLC**
Name                                                                                     Case number (*if known*) _____

## 11. Why is the case filed in this district?

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

## 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

## ■ Statistical and administrative information

## 13. Debtor's estimation of available funds

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

## 14. Estimated number of creditors

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

## 15. Estimated Assets

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## 16. Estimated liabilities

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Firewater River East, LLC**
      Name                                                                    Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/17/18
             MM / DD / YYYY

X /s/ [signature]
Signature of authorized representative of debtor

**FW Management Corp., Inc., an Illinois Corp., Memeber/Manager**
Printed name

Title  Jamie Suckow, President

**18. Signature of attorney**

X /s/ [signature]
Signature of attorney for debtor

Date 04/17/2018
     MM / DD / YYYY

David K. Welch 06183621
Printed name

**Burke, Warren, MacKay & Serritella, P.C.**
Firm name

**330 N. Wabash
21st Floor
Chicago, IL 60611**
Number, Street, City, State & ZIP Code

Contact phone  312-840-7122        Email address  dwelch@burkelaw.com

**06183621 IL**
Bar number and State

Fill in this information to identify the case:
Debtor name  **Firewater River East, LLC**
United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AH-River East, LLC c/o Group Fox, Inc. 411 East Illinois Street Chicago, IL 60611** | | | **Disputed** | | | $321,762.35 |
| **Chicagoland Home Builders, Inc. 5844 N. Keathing Ave. Chicago, IL 60646** | | | | | | $5,200.00 |
| **Kolbrook Design 828 Davis Street Suite 300 Evanston, IL 60201** | | | | | | $41,934.30 |
| **Pam Olsen Interiors 6674 N. Northwest Highway Chicago, IL 60631** | | | | | | $15,000.00 |
| **Paramount Plumbing & Sewer Co. 55 E. Washington St., Unit 428 Chicago, IL 60602** | | | | | | $30,000.00 |
| **Ravenswood Affiliates 6465 N. Avondale Ave. Chicago, IL 60631** | | | | | | $2,375.00 |
| **TD Construction Services, Inc. 1048 O'Malley Drive Lake Zurich, IL 60047** | | | | | | $35,000.00 |

Debtor **Firewater River East, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Williams S. Bazianos, Esq.**<br>**2 North Riverside Plaza**<br>**Suite 1850**<br>**Chicago, IL 60606** | | | | | | $4,000.00 |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Firewater River East, LLC**           Case No. _____

                                    Debtor(s)          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

                                      Number of Creditors:            **12**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    4-17-18                  *[signature]*
                                    FW Management Corp., Inc.,an Illinois Corp.,
                                    Memeber/Manager/Jamie Suckow, President
                                    Signer/Title

AH-River East, LLC  
c/o Group Fox, Inc.  
411 East Illinois Street  
Chicago, IL 60611  

Chicagoland Home Builders, Inc.  
5844 N. Keathing Ave.  
Chicago, IL 60646  

FW Management Corp.  
c/o Jamie Suckow  
6483 N. Northwest Highway  
Chicago, IL 60631  

Jamie Suckow  
6483 North Northwest Highway  
Chicago, IL 60631  

Kolbrook Design  
828 Davis Street  
Suite 300  
Evanston, IL 60201  

Michael's Neighborhood Pub, Inc.  
6689 North Oliphant Ave.  
Chicago, IL 60631  

Pam Olsen Interiors  
6674 N. Northwest Highway  
Chicago, IL 60631  

Paramount Plumbing & Sewer Co.  
55 E. Washington St., Unit 428  
Chicago, IL 60602  

Ravenswood Affiliates  
6465 N. Avondale Ave.  
Chicago, IL 60631  

Spiro Arsenis  
6020 West Higgins  
Suite H  
Chicago, IL 60630

```
TD Construction Services, Inc.
1048 O'Malley Drive
Lake Zurich, IL 60047


Williams S. Bazianos, Esq.
2 North Riverside Plaza
Suite 1850
Chicago, IL 60606
```

# United States Bankruptcy Court
## Northern District of Illinois

In re **Firewater River East, LLC**          Case No. _____
                                     Debtor(s)          Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Firewater River East, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**FW Management Corp., Inc.**

☐ None [*Check if applicable*]

4/17/18
Date

_David K. Welch 06183621_
Signature of Attorney or Litigant
Counsel for   **Firewater River East, LLC**
**Burke, Warren, MacKay & Serritella, P.C.**
330 N. Wabash
21st Floor
Chicago, IL 60611
312-840-7122
dwelch@burkelaw.com